IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| FLYERS RIGHTS EDUCATION FUND, INC. d/b/a FLYERSRIGHTS and PAUL HUDSON, Petitioners | ) |
| v. | ) Case No. 26-1303 |
| DEPARTMENT OF TRANSPORTATION, and SEAN P. DUFFY, in his official capacity as United States Secretary of Transportation, Respondents | ) |

**PETITION FOR REVIEW**

Pursuant to 49 U.S.C. §46110, Flyers Rights Education Fund, Inc., d/b/a FlyersRights and Paul Hudson, Petitioners herein, by and through undersigned counsel, hereby petition this Court for review of the Final Rule of the U.S Department of Transportation, "Cause of Airline Delay and Cancellation Cateogries Under Section 511(b) of the FAA Reauthorization Act of 2024," issued on September 3, 2026, 91 *Fed. Reg*. 56588 *et seq*. (September 3, 2026). A copy of the Final Rule is attached as Exhibit 1.

Petitioners file this Petition for Review pursuant to 49 U.S.C. §46110, Rule 15 of the Federal Rules of Appellate Procedure and Circuit Rule 15. Petitioners have a substantial interest in the Department of Transportation's Final Rule.

Respectfully submitted,

/s/ Joseph E. Sandler

Joseph E. Sandler
Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.
1620 I Street, N.W. Suite 900
Washington, D.C. 20006
(202) 607-0700
sandler@sandlerreiff.com
Counsel for Petitioners

Dated: October 28, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October 2026, I caused to be filed the foregoing Petition of Flyers Rights Education Fund, Inc. *et al*. for Review of an Order of the Department of Transportation, with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit. Pursuant to 49 U.S.C. §46110(b), the "clerk of the court immediately shall send a copy of the petition to the Secretary, Under Secretary, or Administrator, as appropriate."

I further certify that, pursuant to Fed. R. App. P. 15(c) and Circuit Rule 15(a), on this 28th day of October 2026, I caused a copy of the foregoing Petition for Review to be served by first class mail, postage prepaid on:

Gregory Zerzan, General Counsel
U.S. Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, D.C. 20590

/s/Joseph E. Sandler

Joseph E. Sandler

Counsel for Petitioners